# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2006

Clifford W. Taylor,
Chief Justice

130163

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

CITIZENS INSURANCE COMPANY,
Plaintiff-Appellee,

v

SC: 130163
COA: 254466
Kent CC: 03-003717-NZ

F.C. SCHOLZ, III,
Defendant-Appellant,

and

BULTSMA EXCAVATING INC., and
HOONHORST CONCRETE, INC.,
Defendants-Appellees.

_____/

On order of the Court, the application for leave to appeal the November 8, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2006

_____
Clerk

p0424